**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LONNIE HODGE** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Civil Case No. 3:17-cv-1716** |
| | § | |
| **HUB GROUP TRUCKING, INC.** | § | |
| | § | |
| **Defendant** | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT
(Jury Demand)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Lonnie Hodge, complaining of Hub Group Trucking, Inc., Defendant, and for cause of action, Plaintiff would show the Court the following:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over his matter pursuant to 28 U.S.C. §1331 and Title VII of the Civil Rights Act of 1964 because this case involves a federal question. Venue in this Court is proper pursuant to 28 U.S.C. §1391(b)(1).

## THE PARTIES

*Plaintiff*

2.    Plaintiff Lonnie Hodge is a Texas resident and resides in Dallas County, Texas.

*Defendant*

3.    Defendant Hub Group Trucking, Inc. is a limited liability company duly authorized to do business in the State of Texas. It may be served with process through its registered agent,

Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

## FACTS

4.    The Plaintiff worked as a truck driver for Defendant, Hub Group Trucking, Inc., from January 21, 2015 until January 5, 2017.  He is over 40 years old.  He was treated differently than other drivers younger than him.  For instance, Defendant removed a newer truck from Plaintiff's possession and provided Plaintiff with an older truck to drive that was unsafe and broke down frequently.  Younger drivers were not given older, unsafe trucks.

5.    Plaintiff complained of being forced to work in unsafe conditions and for his unfair treatment and was retaliated against because of his age in that he was fired on January 5, 2017.  He was also fired because of his age.   The reason given for his termination was pretextual.

## ALLEGATIONS

**A.    Retaliation under the Age Discrimination in Employment Act of 1967, as amended (ADEA)**

6.    Plaintiff realleges and incorporates by reference all allegations in all preceding paragraphs.

7.    Plaintiff has been retaliated against by Defendant for reporting discriminatory actions. Therefore, Defendant has violated the ADEA.

8.    Defendant's violation of the ADEA has directly and approximately caused damaged to Plaintiff, for which he hereby sues Defendant.

**B.    Discrimination under the ADEA**

9.    Plaintiff realleges and incorporates by reference all allegations in all preceding paragraphs.

10.    Plaintiff was terminated because of his age.

11.     Defendant violated the ADEA.

12.     Defendant's violation of the ADEA has directly and approximately caused damage to Plaintiff, for which he now sues Defendant.

## DAMAGES

13.     As a result of Defendant's discriminatory conduct, Plaintiff has suffered loss of back pay, front pay, other economic damage, and past and future mental anguish. Plaintiff is also entitled to exemplary damage because of the nature of Defendant's conduct.

## ATTORNEY'S FEES

14.     Plaintiff has been forced to obtain counsel to represent him in this matter. Plaintiff is entitled to reasonable attorney's fees pursuant to the ADEA.

## CONDITIONS PRECEDENT

15.     All conditions precedent to the bringing of the present litigation, such as the filing of an EEOC charge and a notice of right to sue letter being obtained, have occurred or have been performed. Attached as Exhibit A is the Notice of Right to File a Civil Action obtained from the EEOC.

## COURSE AND SCOPE

16.     The actions of Defendant described within this Complaint were committed by its employees and agents who in turn were acting in the course and scope of its employment.

## JURY DEMAND

17.     Plaintiff demands a trial by jury of all claims asserted in this Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that he be awarded punitive damages, exemplary damages, attorneys' fees, pre- and post-judgment interest, and all other relief to which he is entitled.

Respectfully submitted,


*/s/ David B. Joeckel, Jr.*
David B. Joeckel, Jr.
State Bar No. 10669700

THE JOECKEL LAW OFFICE
219 South Main Street, Suite 301
Fort Worth, Texas 76104
(817) 925-8600
(817) 924-8603
dbj@joeckellaw.com

ATTORNEY FOR PLAINTIFF